United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

JOHN P. WARD,

         Plaintiff,

    v.

UPSTART, INC., et al.,

         Defendants.

Case No. 22-cv-02856-BLF

**ORDER STRIKING HANDELSBANKEN FONDER AB AND UNION INVESTMENT LUXEMBOURG S.A.'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL WITHOUT PREJUDICE TO FILING REVISED VERSION**

[Re: ECF No. 42]

On July 12, 2022, Handelsbanken Fonder AB and Union Investment Luxembourg S.A. (collectively, "Movants") filed a Motion to Appoint Lead Plaintiff and Lead Counsel in this securities class action. *See* Motion, ECF No. 42. The Motion is hereby STRICKEN for noncompliance with the page requirements laid out in this Court's Civil Standing Order. *See* Civ. Standing Order § IV.A.4.

Further, Movants rely in their Motion on the class period and allegations asserted in a separate case—*Handelsbanken Fonder AB v. Upstart Holdings, Inc.*, No. 2:22–cv–02706 (S.D. Ohio). *See* Motion, ECF No. 42 at 2 n.1. The Court finds this to be improper. Accordingly, when Movants modify their Motion, they should rely only on the operative pleading in this case. Argument regarding a potentially longer class period that might be alleged in an amended complaint would be proper, but this Court will not review a pleading filed in the Southern District of Ohio.

/ / /

/ / /

/ / /

/ / /

This Order is WITHOUT PREJUDICE to Movants refiling a revised version of the Motion **on or before July 18, 2022** in conformance with this Court's Standing Orders.

**IT IS SO ORDERED.**

Dated:  July 13, 2022

_____

BETH LABSON FREEMAN
United States District Judge