CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
CATHERINE E. MORENO, State Bar No. 264517
cmoreno@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

*Attorneys for Defendants*
*Upstart Holdings, Inc., Dave Girouard,*
*and Sanjay Datta*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. WARD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UPSTART HOLDINGS, INC., DAVE GIROUARD, and SANJAY DATTA, <br><br> Defendants. | CASE NO.:  5:22-cv-02856-BLF <br><br> DEFENDANTS UPSTART HOLDINGS, INC., DAVE GIROUARD, AND SANJAY DATTA'S STATEMENT OF NONOPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF <br><br> Date:          October 6, 2022 <br> Time:          9:00 a.m. <br> Courtroom:  3, Fifth Floor <br> Judge:         Hon. Beth L. Freeman |

Based on the information available to defendants Upstart Holdings, Inc., Dave Girouard, and Sanjay Datta (collectively, "Defendants") at this stage of the litigation, Defendants take no position as to the appointment of lead plaintiff.  However, Defendants do not concede that this action should be certified as a class action or that any of the proposed lead plaintiffs are proper class representatives.  Should the litigation proceed to the class certification stage, Defendants reserve the right to challenge class certification pursuant to Fed. R. Civ. P. 23 following discovery on class certification issues.

DATED:  July 26, 2022                    WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By:  /s/ Caz Hashemi
                                              Caz Hashemi

                                         *Attorney for Defendants*