CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
CATHERINE E. MORENO, State Bar No. 264517
cmoreno@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendants*
*Upstart Holdings, Inc., Dave Girouard,*
*and Sanjay Datta*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. WARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UPSTART HOLDINGS, INC., DAVE GIROUARD, and SANJAY DATTA,<br><br>Defendants. | CASE NO.: 5:22-cv-02856-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

WHEREAS, on May 13, 2022, Plaintiff John P. Ward ("Plaintiff") individually and on behalf of all others similarly situated, filed a putative class action complaint (the "Ward Complaint") against defendants Upstart Holdings, Inc., Dave Girouard, and Sanjay Datta (collectively, "Defendants") (together with Plaintiff, the "Parties") alleging violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder;

WHEREAS, on May 16, 2022, the Court entered an Order setting an initial case management conference ("CMC") for August 25, 2022, and setting related Rule 26(a), Rule 26(f), CMC, and ADR deadlines for August 4, 2022 and August 18, 2022 (ECF No. 6) (the "May 16 Order");

WHEREAS, on July 12, 2022, the Court approved the Parties' stipulation deferring Defendants' response to the Ward Complaint pending appointment of a lead plaintiff pursuant to the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4 et seq., and the filing of a consolidated complaint (ECF No. 17);

WHEREAS, on July 12, 2022, certain putative Upstart stockholders filed motions to appoint lead plaintiff and approve lead plaintiff's selection of lead counsel, pursuant to the PSLRA (ECF No. 18, 25, 30, 37, 42, 51);

WHEREAS, lead plaintiff motions are currently set for hearing on October 6, 2022 (ECF No. 60);

WHEREAS, pursuant to the PSLRA (15 U.S.C. § 78u–4(b)(3)(B)), "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary";

WHEREAS, in *Medhekar v. United States District Court*, 99 F.3d 325 (9th Cir. 1996) the Ninth Circuit Court of Appeals held that the initial disclosure requirements of Rule 26(a)(1) are "discovery" for purposes of the PSLRA's stay provision, and that such disclosures must be stayed pending the disposition of a motion to dismiss in an action covered by the PSLRA. *Id*. at 328-29;

WHEREAS, the Parties have conferred and agreed that, in light of Defendants' anticipated motion to dismiss any consolidated/amended complaint, and the PSLRA's discovery stay, no Rule 26(f) Report should be required at this time;

WHEREAS, the Parties further agree that it would be most efficient to conduct the CMC and other ADR proceedings after appointment of lead plaintiff and lead counsel;

NOW, THEREFORE, the Parties, by and through their respective attorneys of record, hereby stipulate as follows, and respectfully jointly ask the Court for an order approving the same:

1. Pursuant to Civil L.R. 16-2, the CMC and the deadlines in the May 16 Order for the filing of a joint case management statement, a Rule 26(f) report, Rule 26(a) disclosures, and ADR selection procedures should be vacated pending the appointment of a lead plaintiff and the filing of a consolidated complaint.

2. Neither the existence nor filing of this stipulation, the terms thereof, nor the entry of any party into this stipulation may be used as evidence either in support of or against any argument or defense that the parties may later make, including arguments in connection with any motion pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

DATED:  July 26, 2022

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/Caz Hashemi
          Caz Hashemi

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 493-6811
chashemi@wsgr.com

*Attorney for Defendants Upstart Holdings, Inc.,
Dave Girouard, and Sanjay Datta*

DATED:  July 26, 2022

GLANCY PRONGAY & MURRAY LLP

By:   /s/ Charles H. Lineham
          Charles H. Linehan

1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
clinehan@glancylaw.com

*Attorney for Plaintiff John P. Ward*

### CIVIL L.R. 5-1(h)(3) ATTESTATION

I, Caz Hashemi, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO VACATE CMC AND RELATED DEADLINES.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Charles H. Linehan has concurred in this filing.

DATED:  July 26, 2022

By:   /s/ Caz Hashemi
          Caz Hashemi

STIPULATION AND [PROPOSED] ORDER TO VACATE
CMC AND RELATED DEADLINES
CASE NO. 5:22-cv-02856-BLF                      -3-

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 26, 2022                                                    By: _Beth Labson Freeman_____
                                                                                            Beth Labson Freeman
                                                                                            United States District Judge