Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles H. Linehan (SBN 307439)
  clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff John P. Ward*



APPROVED

Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. WARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UPSTART HOLDINGS, INC., DAVE GIROUARD, and SANJAY DATTA,<br><br>Defendants. | Case No. 5:22-cv-02856-BLF<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John P. Ward ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice. As grounds thereof, Plaintiff states that no opposing party has served an answer or a motion for summary judgment. Moreover, a substantially similar action protecting investors' interests is currently pending in the Southern District of Ohio: *Handelsbanken Fonder AB v. Upstart Holdings, Inc.*, No. 2:22-cv-02706-SDM-EPD (S.D. Ohio). This dismissal shall have no impact on Plaintiff's ability to participate as a class member in the Ohio action or any other class action alleging substantially similar claims against the Defendants herein.

DATED:  July 26, 2022                    Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:    */s/ Charles Linehan*
Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

*Counsel for Plaintiff John P. Ward*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:22-cv-02856-BLF                                                        1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On July 26, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2022, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:22-cv-02856-BLF